THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email:  Jennifer.Tarn@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISON

| | | |
|---|---|---|
| NICHOLAS P. HUNT, | ) | Case No. CV 20-01618-AFM |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER AWARDING** |
| | ) | **EQUAL ACCESS TO JUSTICE** |
| v. | ) | **ACT ATTORNEY FEES** |
| ANDREW SAUL, | ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1 | Based upon the parties' Stipulation for the Award and Payment of Equal
2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of TWO
3 | THOUSAND TWO HUNDRED and EIGHTY-FIVE DOLLARS and 58cents
4 | [$2,285.58] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms
5 | of the Stipulation

Dated: 7/19/2021   _____
　　　　　　　　　　　　HONORABLE ALEXANDER F. MacKINNON
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1